THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT FRANCIS ICEBERG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LYNNWOOD MUNICIPAL COURT, PAULETTE REVOIR in her official capacity,<br><br>　　　　　　　Defendants. | CASE NO. C20-1803-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for voluntary dismissal (Dkt. No. 9). Under Fed. R. Civ. P. 41(a)(1)(A)(i), a case may be dismissed without a court order if a notice of dismissal is made before the opposing party serves either an answer or a motion for summary judgment, as is the case here. Thus, under Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing. This action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

1 | DATED this 6th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk